# IN THE SUPREME COURT OF THE STATE OF NEVADA

CATHY STALEY, INDIVIDUALLY,
　　　　　　　　　Appellant,
　　　　vs.
FURNITURE ROYAL, INC., A NEVADA
CORPORATION,
　　　　　　　　　Respondent.

No. 71840

**FILED**

JUN 2 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
　　DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant has filed a notice of withdrawal of appeal. Appellant's notice is construed as a motion for voluntary dismissal of this appeal and, cause appearing, the motion is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:　Hon. Kenneth C. Cory, District Judge
　　　Janet Trost, Settlement Judge
　　　Lipson Neilson Cole Seltzer & Garin, P.C.
　　　Chattah Law Group
　　　Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

17-21598